UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABRAHAM HUGHES,

                Plaintiff,                Civil Action No. 21-11443

v.                                            Stephen J. Murphy, III
                                            United States District Judge

CITY OF WAYNE, *et al.*,           David R. Grand
                                            United States Magistrate Judge

                Defendants.
_____/

## REPORT AND RECOMMENDATION TO DENY DEFENDANTS' MOTION FOR RULE 11 SANCTIONS (ECF No. 13)

Before the Court is a Motion for Rule 11 Sanctions filed by Defendants City of Wayne, Wayne City Council, Lisa Nocerini, Alyse Leslie, and John Rhaesa (collectively "Defendants") on February 17, 2022. (ECF No. 13). On March 16, 2022, Plaintiff Abraham Hughes ("Plaintiff") timely filed a response to Defendants' motion (ECF No. 18), and Defendants filed a reply brief on March 21, 2022 (ECF No. 19).

On February 24, 2022, an Order of Reference was entered referring Defendants' motion to the undersigned.[1] (ECF No. 14). Oral argument was held on

---

[1] Under 28 U.S.C. § 636(b)(1)(B), a Magistrate Judge must dispose of a post-judgment matter by Report and Recommendation. *See United States v. Cagle*, 235 F.R.D. 641, 643 n. 1 (E.D. Mich. 2006); *Massey v. City of Ferndale*, 7 F.3d 506 (6th Cir. 1993).

May 9, 2022.

For the detailed reasons set forth on the record, **IT IS RECOMMENDED** that Defendants' Motion for Rule 11 Sanctions **(ECF No. 13)** be **DENIED**.

Dated: May 9, 2022  
Ann Arbor, Michigan

s/David R. Grand  
DAVID R. GRAND  
United States Magistrate Judge

### NOTICE REGARDING OBJECTIONS

The parties to this action may object to and seek review of this Report and Recommendation, but are required to act within fourteen (14) days of service of a copy hereof as provided for in 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(2). Failure to file specific objections constitutes a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Sec'y of HHS*, 932 F.2d 505, 508 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). The filing of objections which raise some issues, but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation.  *See Willis v. Sec'y of HHS*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Pursuant to E.D. Mich. L.R. 72.1(d)(2), a copy of any objections is to be served upon this magistrate judge.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 9, 2022.

                                        s/Eddrey O. Butts
                                        EDDREY O. BUTTS
                                        Case Manager