UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABRAHAM HUGHES,

                    Plaintiff,

v.

CITY OF WAYNE, et al.,

                    Defendants.

_____/

Case No. 2:21-cv-11443

HONORABLE STEPHEN J. MURPHY, III

## ORDER ADOPTING REPORT AND RECOMMENDATION [21]
## AND DENYING DEFENDANTS' MOTION FOR RULE 11 SANCTIONS [13]

After the Court granted in part and denied in part the motion to dismiss, ECF 11, Defendants moved for sanctions under Federal Rule of Civil Procedure 11, ECF 13. The Court referred the motion to Magistrate Judge David R. Grand. ECF 14. Judge Grand held a motion hearing on May 9, 2022, ECF 20, and recommended both from the bench and in a report and recommendation that the motion be denied. ECF 21. Any objections were required to be filed no later than May 24, 2022. ECF 21, PgID 386.

De novo review of the magistrate judge's findings is required only if the parties "serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Because no party filed objections, de novo review of the Report's conclusions is not required. After reviewing the record, the Court finds that the magistrate judge's conclusions are factually based and legally

sound. Accordingly, the Court will adopt the Report's findings and deny Defendants'

motion for Rule 11 sanctions.

**WHEREFORE**, it is hereby **ORDERED** that the magistrate judge's Report

and Recommendation [21] is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' motion for Rule 11 sanctions

[13] is **DENIED**.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: May 25, 2022

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on May 25, 2022, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager
